UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBORAH ANN HOWDESHELL,

    Plaintiff,

v.                                          Case No.:  2:20-cv-514-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Having obtained an award of benefits, Deborah Ann Howdeshell's attorney, Bill Berke, requests attorney's fees under 42 U.S.C. § 406(b). (Doc. 28.) Defendant has no opposition.

Section 406(b) provides that an attorney who obtains a benefits award on remand may petition for a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court.

Here, Berke arrives at his requested fee of $19,799.49 as follows: $27,720.26 (the amount of attorney's fees the SSA withheld [25 percent of past-due benefits]) minus $7,920.77 (the previously awarded EAJA fees). *See Jackson v. Comm'r of Soc. Sec.*, 601 F.3d 1268, 1274 (11th Cir. 2010) ("Although an attorney who receives fees under both the Equal Access to Justice Act and 42 U.S.C. § 406(b) must refund the smaller fee to his client, the attorney may

choose to effectuate the refund by deducting the amount of an earlier EAJA award from his subsequent 42 U.S.C. § 406(b) fee request."). For the reasons stated in Howdeshell's unopposed motion, the requested fee is both reasonable and appropriate under § 406(b).

Accordingly, the unopposed fee motion (Doc. 28) is **GRANTED**. The clerk will enter judgment for Howdeshell for $19,799.49 in attorney's fees under 42 U.S.C. § 406(b). Defendant is further directed to pay counsel the $19,799.49, while releasing the balance of withheld funds to the claimant.

**Ordered** in Fort Myers, Florida on March 29, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:   All Parties of Record

2